| PROB 22 (Rev. 2/88) | | DOCKET NUMBER *(Tran. Court)* |
|---|---|---|
| **TRANSFER OF JURISDICTION** | | 3:03-cr-11(S1)-J-20MCR |
| | | DOCKET NUMBER *(Rec. Court)* |
| | | 07 CRIM. 535 |

| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE | DISTRICT | DIVISION |
|---|---|---|
| Darryl Leroy Johnson<br>365 West 120th Street<br>Second Floor<br>New York, NY 10027 | Middle District of Florida | Jacksonville |
| | NAME OF SENTENCING JUDGE | |
| | The Honorable Harvey E. Schlesinger | |
| | DATES OF PROBATION/SUPERVISED RELEASE: | FROM<br>September 13, 2005 | TO<br>September 12, 2010 |

| OFFENSE |
|---|
| Count 1, Conspiracy to Commit Bank Fraud, in Violation of Title 18 U.S.C. § 371, a Class D felony,<br>Counts 2, 3, and 4, Bank Fraud and Aiding and Abetting, in Violation of Title 18 U.S.C. § 1344 and 2, a Class B felony. |

**PART 1 - ORDER TRANSFERRING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE __Middle__ DISTRICT OF __Florida__

IT IS HEREBY ORDERED that pursuant to 18 U.S.C. 3605 the jurisdiction of the probationer or supervised releasee named above be transferred with the records of the Court to the United States District Court for the __Southern District of New York__ upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this court.*

5 8 07
_____
Date

_____
Chief United States District Judge

*This sentence may be deleted in the discretion of the transferring Court.*

**PART 2 - ORDER ACCEPTING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE __Southern__ DISTRICT OF __New York__

IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

JUN 1 3 2007
_____
Effective Date

_____
United States District Judge