REQUEST FOR COURT ACTION / DIRECTION

TO:     James Molinelli          OFFENSE: <u>Conspiracy to Commit Bank Fraud {18</u>
          Miscellaneous Clerk       <u>USC 371} Bank Fraud Aiding and Abetting {18 USC</u>
                                            <u>1344 and 2}</u>

                                    ORIGINAL SENTENCE: <u>Twenty-one (21) Months</u>
                                    <u>Incarceration Five (5) Years Supervised Release</u>

FROM:   Michael R. Cox         SPEC. CONDITIONS: <u>The defendant is prohibited</u>
          Sr. U.S. Probation Officer   <u>from incurring new credit charges or opening</u>
                                    <u>additional lines of credit without the approval of the</u>


                                    <u>Probation Officer unless the defendant is in</u>
                                    <u>compliance with the payment schedule. Access to</u>
                                    <u>financial information. Financial information</u>
                                    <u>provided to the Probation Office by the defendant</u>
                                    <u>may be shared with the Financial Litigation Unit of</u>
                                    <u>the U.S. Attorney's Office.</u>

                                  AUSA:  <u>John Sciortino(MD/FL)</u>

RE:     <u>Darryl Leroy Johnson</u>
          Docket # <u>03-CR-11</u>

DATE OF SENTENCE:  <u>January 27, 2004</u>      **07CRM. 535**

DATE:   <u>May 30, 2007</u>

ATTACHMENTS:   PSI <u>X</u>    JUDGMENT <u>X</u>    PREVIOUS REPORTS
                       VIOLATION  PETITION

REQUEST FOR:      WARRANT_____    SUMMON_____    COURT DIRECTION  _X_
                        **TRANSFER OF JURISDICTION**

Reference is made to the above-mentioned offender who, on January 26, 2004, was sentenced by the Honorable Harvey E. Schlesinger, United States District Judge, Middle District of Florida, to twenty-one (21) months imprisonment and five (5) years supervised release. A $400 special assessment fee (paid) and restitution in the amount of $373,537.03 was also imposed. Johnson was convicted of conspiracy to Commit bank Fraud and Back Fraud Aiding and Abetting in violation 18 U.S.C. 371 and 18 U.S.C. 1344 respectively.

On September 13, 2005, Johnson was accepted by this district for transfer of supervision due to his residency in the Southern District of New York.

JOHNSON, Darryl Leroy

-2-

The purpose of this correspondence is to request that jurisdiction be transferred to the Southern District of New York. This request is based on the offender's non-compliance and the fact that due to limited community ties, it appears that Johnson is unlikely to return to the sentencing district to reside.

On March 28, 2007, we notified the sentencing district of the offender's current supervision status. On May 8, 2007, the Honorable Harvey E. Schlesinger, agreed to a transfer of jurisdiction and executed the probation form 22.

In light of the aforementioned circumstances, we are requesting that jurisdiction be transferred.

Enclosed is a Transfer of Jurisdiction Order for Your Honor's review.

Respectfully submitted,

CHRIS J. STANTON
Chief U.S. Probation Officer

By: _____
MICHAEL R. COX
Sr. U.S. Probation Officer
805-0040 ext.5112

Approved By: _____  6/1/07
SUSPO           Date:

_____

_____

JUDICIAL RESPONSE:

[ ]     APPROVED

[ ]     DENIED

[ ]     OTHER

_____
Signature of Judicial Officer

_____