# Federal Defenders
## OF NEW YORK, INC.

Southern District
52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

Leonard F. Joy
*Executive Director*

*Southern District of New York*
John J. Byrnes
*Attorney-in-Charge*

April 16, 2008

Honorable Colleen McMahon
United States District Judge
Southern District of New York
United States Courthouse
500 Pearl Street, Room 640
New York, New York 10007

Re: **United States v. Darryl Johnson**
    **07 Cr. 535 (CM)**

Dear Judge McMahon:

I was assigned to represent Darryl Johnson on November 6, 2007. At that time I was advised that the control number in this district was 07 Cr. 926. On today's date I discovered that 07 Cr. 926 refers to another defendant. After a search on Pacer, I discovered that the correct number is 07 Cr. 535 (CM). I confirmed this after speaking to Senior United States Probation Officer Michael Cox.

I bring this to the Court's attention so that prior submissions can be properly filed. I am advised by Probation Officer Cox that Mr. Johnson is complying with the terms of his supervised release. I understand that this case has been adjourned without a date.

Respectfully submitted,

John J. Byrnes
Attorney-in-Charge
Tel.:(212) 417-8735

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 4/17/08

JJB/kj

Honorable Colleen McMahon               April 16, 2008
United States District Judge            Page 2
Southern District of New York

**Re:    <u>United States v. Darryl Johnson</u>**
       **07 Cr. 535 (CM)**

cc:     Randall Jackson, Esq.
        Assistant United States Attorney
        Southern District of New York
        One St. Andrews Plaza
        New York, NY 10007

        Michael Cox
        Senior United States Probation Officer
        United States Probation Department
        Southern District of New York
        500 Pearl Street
        New York, NY 10007